IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02401-PAB-MEH

ROBERT E. SUTTON,

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALTY LINES COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2010.**

    The Joint Motion to Vacate Scheduling Order Deadlines until Resolution of Motion to Dismiss [filed November 30, 2010; docket #10] is **denied without prejudice**. The Court construes this motion as, in effect, a motion to stay this matter pending the District Court's adjudication of the motion to dismiss. The parties may re-file their request after review of the District Court's practice standards and the applicable law for requesting a stay in this district.