**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02401-WJM-MEH

ROBERT E. SUTTON,

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALITY LINES COMPANY,

    Defendant

_____

**ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO STIPULATED MOTION FOR DISMISSAL**
_____

    This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. #19).

    It is ORDERED that the above-captioned case is hereby DISMISSED WITH PREJUDICE.  Each party shall be responsible for his or its own costs and attorney's fees.

    Dated this 1st day of March, 2011.

                                                  BY THE COURT:

                                                s/ *William J. Martínez*
                                                United States District Judge